March 28, 2008

Mr. Fred Bowers
Bowers Law Office
P. O. Box 327
Lubbock, TX 79408-0327
Mr. Jim Hund
Hund & Harriger, LLP
P. O. Box 54390
Lubbock, TX 79453-4390

RE: Case Number: 07-0164
 Court of Appeals Number: 07-06-00071-CV
 Trial Court Number: 2004-527,568

Style: NADINE HAMILTON, NEE NADINE LAMBERT
 v.
 SELMA P. WILSON, M.D.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Peggy Culp |
| |Ms. Barbara |
| |Sucsy |